FILED - GR
May 9, 2013 2:36 PM
TRACEY CORDES, CLERK
U S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _ns_/_____  SCANNED BY MS 5\9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ANDREW WAUCHOPE, III,

    Plaintiff,

v.                                                    Case No.1:12-CV-247

CITY OF WYOMING POLICE                  HON. ROBERT HOLMES BELL
OFFICERS BRIAN LOOK and BLAIR
SHELLENBARGER, Jointly and Severally,

    Defendants.
_____/

## VERDICT FORM

We the jury have reached the following unanimous verdict:

1. Did Officer Brian Look violate Plaintiff John Wauchope's Fourth Amendment constitutional rights by using excessive force against him?

    ☐ Yes    ☒ No

2. Did Officer Blair Shellenbarger violate Plaintiff John Wauchope's Fourth Amendment constitutional rights by using excessive force against him?

    ☐ Yes    ☒ No

If your answer is "no" to both Question Nos. 1 and 2, do not answer any further questions.

3. Did John Wauchope sustain injury or damages?

    ☐ Yes    ☐ No

If your answer to Question No. 3 is "no" do not answer any further questions.

4. Was the conduct of Officer Brian Look a proximate cause of John Wauchope's damages?

☐ Yes ☐ No

5. Was the conduct of Officer Blair Shellenbarger a proximate cause of John Wauchope's damages?

☐ Yes ☐ No

If your answer to both questions 4 and 5 are "no" do not answer any further questions.

6. What is the total amount of John Wauchope's damages, to the present date, for reasonable expenses of necessary medical care, treatment, and services; the increase in back pain arising from aggravation of a preexisting condition; mental distress and mental anguish; fright and shock; indignation, aggravation, or outrage; embarrassment or humiliation; and pain and suffering?

Amount $ _____

7. If you have decided that John Wauchope is entitled to any damages awarded in question number 6, above, is he entitled to future damages?

☐ Yes ☐ No

If yes, in what amount? $ _____

Dated: _5. 8. 13_    _Mashell Failer_
                    JURY FOREPERSON